Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Eric J. Ribar                                                                                          Docket No. 05-00212-001

### Petition on Probation

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Eric J. Ribar, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 4th day of January 2008, who fixed the period of supervision at three (3) years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not unlawfully possess a controlled substance.
- The defendant shall not possess a firearm or any other destructive device.
- The defendant shall provide the probation officer with access to any requested financial information.
- The defendant shall not open any bank accounts without the approval of the probation officer.
- The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless he is in compliance with the restitution payment schedule.
- The defendant shall notify the United States Attorney's Office of any change of his address within 30 days while any portion of restitution remains outstanding.
- The defendant shall pay restitution of $149,995.00 in accordance with a payment agreement set by the Probation Office and joint and severally with any other co-offender found responsible for payment of restitution.

<u>01-04-2008</u>:   Health Care Fraud; Three (3) years of probation; currently supervised by USPO Tara Kessler.

2010 NOV 19 PH 3: 32
CLERK
U S DISTRICT COURT
FILED

U.S.A. vs. Eric J. Ribar
Docket No. 05-00212-001
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the defendant has paid a total of $1,125.00 toward restitution. The total amount of restitution ordered was $149,995.00 and of that amount, $148,870.00 remains due and owing. The defendant understands that the outstanding balance remains his obligation and he has acknowledged responsibility by signing a payment agreement. It appears appropriate to permit the case to close with an outstanding balance.

PRAYING THAT THE COURT WILL ORDER that the term of probation imposed at Criminal No. 05-00212-001 be allowed to expire as scheduled on January 3, 2011, with the restitution due and owing and the case be closed.

ORDER OF COURT

Considered and ordered this __22__ day of __Nov__, 20 __10__ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 19, 2010

_____
Tara Kessler
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place: Pittsburgh, Pennsylvania

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### Probation and Pretrial Services Office



**Theodore W. Johnson**
Chief U.S. Probation Officer

**Gerald R. Buban**
Deputy Chief U.S. Probation Officer

700 Grant Street
Suite 3330
Pittsburgh, PA 15219
Telephone: 412-395-6907
Fax: 412-395-4864

November 15, 2010

Eric J. Ribar
1004 King Arthur Drive
Apollo, PA 15613

Dear Mr. Ribar:

RE: Criminal No.:05-00212-001

## RESTITUTION PAYMENT AGREEMENT

I, Eric Ribar, agree to pay at least $50.00 each month toward the court ordered outstanding restitution obligation after my term of supervised release expires on January 3, 2011, until the balance is paid in full. I am aware that the total amount of restitution ordered was $149,995.00 and of that amount, $148,870.00 remains due and owing. Monthly restitution payments will be mailed to the U.S. Clerk of Courts, U.S. District Court, PO Box 1805, Pittsburgh, PA 15230. Attn: Dennis Radinsky.

I fully understand that in order to avoid penalties up to 25 percent pursuant to 18 U.S.C. § 3612(g) and future legal action by civil means, including a wage garnishment, I must keep paying until the debt is paid in full. It is my responsibility to notify the U.S. Attorney's Office, Financial Litigation Unit of any change in mailing address or residence within 30 days of the change.

*********************************************************************

Witness: _____
Tara Kessler
United States Probation Officer

Signed: _____
Eric Ribar
Probationer or Supervised Releasee

Date: 11/16/10